ALBERT & ALBERT, INC. v. UNITED STATES

**No. 5145.**—Invoice dated Yokohama, Japan, June 23, 1936.
Certified June 24, 1936.
Entered at New York July 23, 1936.
Entry No. 709858.

(Decided March 4, 1941)

*Puckhafer, Rode & Rode* (*John D. Rode* of counsel) for the plaintiff.
*Charles D. Lawrence*, Acting Assistant Attorney General (*Daniel I. Auster*, special attorney), for the defendant.

TILSON, Judge: This appeal has been submitted for decision upon a stipulation to the effect that certain items of the merchandise are the same as the merchandise in *United States* v. *Nippon Dry Goods Co.*, Reap. Dec. 5006, that the issue in the two cases is the same, and that the appraised value less any additions made by reason of the so-called Japanese consumption tax, represents the proper dutiable export value.

On the agreed facts I find and hold the proper dutiable export value of the items marked A and checked JWT on the invoices to be the value found by the appraiser, less any additions made by reason of the so-called Japanese consumption tax. Judgment will be rendered accordingly.